**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5713 N. West Avenue # 101
Fresno, California 93711
Telephone: (559) 432-9600

Attorney for Daniel Clark Jr.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CLARK, JR., ) | 1:08- CV-01300 LJO DLB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| COMMISSIONER OR SOCIAL SECURITY ) | |
| Defendant. ) | |

Plaintiff has been unable to comply with the Court's standing scheduling order and therefor requests, with the assent of Mark Win, the Special Assistant U.S. Attorney handling the case for the Commissioner, that the following schedule be set by the Court: plaintiff shall serve on defendant a confidential letter brief no later than March 27, 2009. Defendant shall have until May 2, 2009 to serve a response to the letter brief on plaintiff. In the event that the case is not remanded, plaintiff shall have until June 2, 2009 to file and serve an opening brief on defendant and the court. Defendant shall then have until July 2, 2009 to file and serve a responsive brief. Any reply brief shall be filed fifteen days after service of the responsive brief.

Dated: February 27, 2009          /s/ Robert Ishikawa
                                  _____
                                  ROBERT ISHIKAWA
                                  Attorney for Plaintiff, Daniel Clark Jr.

/////

1

1 | Dated: February __27__, 2009        /s/ Mark Win
2 | _____
   | Mark Win
3 | Special Assistant U.S. Attorney
4 |
5 | IT IS SO ORDERED.
6 | **Dated:** __**March 2, 2009**__        _____**/s/ Dennis L. Beck**_____
  |                                          UNITED STATES MAGISTRATE JUDGE