**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5713 N. West Avenue # 101
Fresno, California 93711
Telephone: (559) 432-9600

Attorney for Daniel Clark Jr.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CLARK, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OR SOCIAL SECURITY <br><br> Defendant. | 1:08- CV-01300 LJO DLB <br><br> STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff has been unable to comply with the Court's standing scheduling order and therefor requests, with the assent of Ann Lucille Maley, the Special Assistant U.S. Attorney handling the case for the Commissioner, that plaintiff shall have until July 2, 2009 to file and serve an opening brief on defendant and the court. Defendant shall have until August 2, 2009 to file and serve a responsive brief.

Dated: June  2,  2009         /s/ Robert Ishikawa
                              _____
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff, Daniel Clark Jr.

Dated: June  2, 2009          /s/ Ann Lucille Maley
                              _____
                              Ann Lucille Maley
                              Special Assistant U.S. Attorney

IT IS SO ORDERED.

   **Dated:   June 3, 2009**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1