1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ANN L. MALEY
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8974
      Facsimile:  (415) 744-0134
7     E-Mail: ann.maley@ssa.gov

8  Attorneys for Defendant

9
                    UNITED STATES DISTRICT COURT
10
                  EASTERN DISTRICT OF CALIFORNIA
11

12 DANIEL CLARK, JR.,            )
                                 )        1:08cv01300 LJO DLB
13                               )
                                 )
          Plaintiff,             )        **STIPULATION AND ORDER FOR**
14                               )        **DEFENDANT'S FIRST REQUEST TO**
          v.                     )        **EXTEND TIME TO FILE RESPONDING**
15                               )        **BRIEF**
   MICHAEL J. ASTRUE,            )
16 Commissioner of              )
   Social Security,              )
17                               )
          Defendant.             )
18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including

21 September 2, 2009, to respond to Plaintiff's motion for summary judgment.  This request is being made

22 because the Commissioner is attempting to secure settlement authority for a voluntary remand.

23      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

24

25

26

27

28
   STIPULATION AND ORDER.
   08-01300                              1

1   Dated: July 29, 2009                   LAWRENCE G. BROWN
                                           Acting United States Attorney
2                                          LUCILLE GONZALES MEIS
                                           Regional Chief Counsel, Region IX
3                                          Social Security Administration

4
                                           /s/ Ann L. Maley
5                                          ANN L. MALEY
                                           Special Assistant U.S. Attorney
6
                                           Attorneys for Defendant
7

8   7/29/09                                ROBERT ISHIKAWA
                                           LAW OFFICES OF ROBERT ISHIKAWA
9

10                                         Via telephone authorization on 7/28/09

11                                         /s/ Robert Ishikawa

12                                         _____
                                           ROBERT ISHIKAWA
13                                         Attorney for Plaintiff

14          IT IS SO ORDERED.

15          **Dated:   July 30, 2009**              **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28
    STIPULATION AND ORDER.
    08-01300                          2