LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY
Special Assistant United States Attorney
California Bar No. 176877

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8974
    Facsimile:  (415) 744-0134
    E-Mail: Ann.Maley@ssa.gov

Attorneys for Defendant,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEITH CLARK, JR.,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV-08-CV-01300 LJO DLB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT**<br><br>**Court:**    **Hon. Dennis L. Beck**<br>             **U.S. Magistrate Judge** |

      **IT IS STIPULATED** by and between plaintiff Daniel Keith Clark, Jr., ("Plaintiff") and defendant Michael J. Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

      Upon remand, the Administrative Law Judge (ALJ) will be directed to find that Plaintiff suffered from a severe mental impairment.  The ALJ will proceed with the sequential evaluation process.  If warranted, the ALJ will determine whether drug use is a contributing factor material to a finding of disability pursuant to 20 C.F.R. **§** 416.935 (2008); and, if necessary, obtain supplemental

evidence from a vocational expert at step 5 of the sequential evaluation.  The ALJ will also address the mental limitations assessed by the state agency physician.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED: 9/1/09                          ROBERT ISHIKAWA

                                       By:   /s/ Robert Ishikawa*

                                             *By email authorization on 8/28/09

DATED:  9/1/09                         LAWRENCE G. BROWN
                                       United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       By:  /s/ Ann L. Maley
                                            ANN L. MALEY
                                            Special Assistant United States Attorney

                                       Attorneys for Defendant

## ORDER

    APPROVED AND SO ORDERED.

IT IS SO ORDERED.

**Dated:   September 2, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2