IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL KEITH CLARK, JR., | ) | 1:08cv01300 LJO DLB |
| | ) | |
| | ) | ORDER GRANTING |
| | ) | STIPULATION FOR AWARD |
| Plaintiff, | ) | OF ATTORNEY FEES UNDER THE |
| | ) | EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) | |
| | ) | (Document 25) |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 24, 2009, the parties filed a stipulation for the award and payment of attorney fees under the Equal Access to Justice Act ("EAJA").  28 U.S.C. § 2412(d).

The stipulation is GRANTED.  Pursuant to the terms of the stipulation, Plaintiff's counsel is awarded attorney fees under EAJA in the amount of $4,500.00.  This award is without prejudice to the rights of Plaintiff's counsel to seek attorney fees under 42 U.S.C. § 406.

IT IS SO ORDERED.

**Dated:**   **October 27, 2009**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1