IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL CLARK, JR., | ) | 1:08cv1300 LJO DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| Plaintiff, | ) | |
| | ) | (Document 31) |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    Robert Ishikawa ("Counsel"), attorney for Plaintiff Daniel Clark, Jr. ("Plaintiff"), filed the instant application for attorney's fees pursuant to 42 U.S.C. § 406(b)(1) on January 11, 2011.

    On February 10, 2011, the Magistrate Judge issued Findings and Recommendation that the application be granted in the amount of $10,010.00. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fourteen (14) days. Over fourteen days have passed and no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation dated February 10, 2011, is ADOPTED IN FULL; and

2. The application is GRANTED in the amount of $10,010.00. This amount shall be payable directly to Counsel. Upon payment, Counsel is directed to refund $4,500.00 to Plaintiff.

IT IS SO ORDERED.

**Dated:   March 4, 2011**                        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE